UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | § NO: AU:21-CR-00048(4)-LY |
| | § |
| (4) Craig Neely | § |

## ORDER OF TEMPORARY DETENTION UNDER 18 U.S.C. § 3142(d)

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole. This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:** The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until April 22, 2021. I further order that a [X] Detention Hearing and [X] an Arraignment Hearing be held on **April 22, 2021 at 10:00 A.M. by video teleconference before the Honorable Susan Hightower**, in **Courtroom No. 6** on the **6th Floor** of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred. If no action is taken by the above date, the defendant must be brought before this court on that date for further proceedings.

If the defendant chooses to waive hearing(s), a written waiver (attached) **must be signed by defendant and defendant's counsel and filed by 4:00 p.m. the day before scheduled hearing**.

April 9, 2021

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

United States of America

v.

(4) Craig Neely

Case Number:
AU:21-CR-00048(4)-LY

### **DEFENDANT'S WAIVER OF DETENTION HEARING**

Defendant, (4) Craig Neely, files this Waiver to the Order of Temporary Detention Hearing which was issued by the Court.  After further investigation, Defendant wishes at this time to waive the right to a detention hearing, subject to their right to bring a motion concerning detention at a later date.

_____
*Defendant*

Respectfully submitted,

_____
*Date*

_____
*Attorney for Defendant*

### **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was delivered to the Assistant United States Attorney on the \_\_\_\_\_ day of _____, 20 \_\_\_\_.

_____
*Attorney for Defendant*