UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 1:21-CR-00048-LY-4 |
| CRAIG NEELY | § | |

**MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CHARLES POPPER, Attorney for Defendant, CRAIG NEELY, in the above styled and numbered cause, and states under oath, that counsel will be in court of May 21, 2020. The counsel is currently waiting for the discovery in this case. Therefore, counsel respectfully requests that the hearing for the Defendant be continued.

WHEREFORE PREMISES CONSIDERED, Charles Popper, Attorney for Defendant, moves the Court to continue this cause to another week during this term of Court, or until the next term of this Court.

Respectfully submitted,

_____
Charles D. Popper
Attorney for Defendant
1205 San Antonio St.
Austin, Texas 78701
Telephone: (512) 477-7111
Telecopy: (512) 477-6889
State Bar No. 00795856
popperlaw@hotmail.com

## CERTIFICATE OF SERVICE

    As Attorney of Record for Defendant, I do hereby certify that a true and correct copy of the above and foregoing document was forwarded to the Attorney for the United State the 13th day of May, 2021

_____
CHARLES D. POPPER

Accepted by:

_____
Daniel D. Guess
Assistant United States Attorney

dan.guess@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. |
| | § | 1:21-CR-00048-LY-4 |
| CRAIG NEELY | § | |

**ORDER GRANTING CONTINUANCE**

BE IT REMEMBERED, that on the _____ day of May, 2021, came on to be considered the above and foregoing Motion for Continuance. After consideration of the same, it is the opinion of the Court that the same be:

( )   GRANTED, and the current court date setting will be rescheduled.

( )   DENIED.

SIGNED AND ENTERED on _____, 2021.

_____
JUDGE PRESIDING