## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § | |
| **v.** | § § | Case No. 1:21-CR-48-LY-4 |
| **CRAIG NEELY (4),** *Defendant* | § § | |

### O R D E R

Before the Court is Defendant Craig Neely's Motion to Withdraw as Counsel, filed May 19, 2021 (Dkt. 454). The District Court referred the motion to the undersigned Magistrate Judge for resolution. Dkt. 455.

Defendant seeks an order permitting his counsel to withdraw due to a conflict with two co-defendants in this case. The Government is unopposed to the motion. The Court held a hearing on the Motion on May 21, 2021, during which Defendant requested appointment of a new attorney.

Having considered the Motion, the undersigned finds that there is good cause to grant the Motion and permit counsel to withdraw, and that Defendant has received notice. **IT IS THEREFORE ORDERED** that Charles Popper is hereby **WITHDRAWN** as Defendant's counsel of record.

Consistent with the Court's Order Regarding Financial Status (Dkt. 118), **IT IS FURTHER ORDERED** that Kleon C. Andreadis (Texas Bar No. 24100591) is hereby **APPOINTED** to represent Defendant.

**SIGNED** on May 25, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE